## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Helwig

                          Plaintiff,

v.                                     Case No.: 1:22–cv–01670

                                         Honorable John F. Kness

Walgreen Co., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

       MINUTE entry before the Honorable John F. Kness: Final settlement fairness hearing held on 7/23/2024. Counsel for both parties appeared. For the reasons stated on the record and with no objections, the Motion for Final Approval of Class Settlement [49] is granted. Enter Separate Order Granting Final Settlement Approval, which shall serve as the final judgment order for this case. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.